UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

EDWIN BOYER, :
:
    Plaintiff :
:
v. : CIVIL NO. 3:CV-06-432
:
JEFFREY BEARD, et al., : (Judge Kosik)
:
    Defendants :

**ORDER**

**NOW, THIS 2ND DAY OF JULY, 2007, IT IS HEREBY ORDERED AS FOLLOWS:**

   1. The parties shall complete all discovery in this action within sixty (60) days from the date of this Order;

   2. Any dispositive motions shall be filed by the parties within thirty (30) days from the close of discovery.

                                             *s/EDWIN M. KOSIK*
                                              United States District Judge